NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DALE GIVENS,                                    )
a/k/a DALE LORENZO GIVENS,                      )
                                               )
         Appellant,                             )
                                               )
v.                                              )          Case No. 2D17-2971
                                               )
STATE OF FLORIDA,                               )
                                               )
         Appellee.                              )
_____)

Opinion filed December 19, 2018.

Appeal from the Circuit Court for
Hillsborough County; Mark R. Wolfe, Judge.

Dale Givens, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


         Affirmed.


CASANUEVA, MORRIS, and LUCAS, JJ., Concur.